UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X
:
ALBERTO RODRIGUEZ MACEDO,                                          :
:
Petitioner,                                   :
-v-                                           :        26-CV-4443
:        **ORDER TO SHOW**
Raul MALDONADO JR., Warden, Metropolitan                          :        **CAUSE**
Detention Center; Judith ALMODOVAR, New                           :
York Field Office Director for U.S. Immigration                   :
and Customs Enforcement; Todd BLANCHE,                            :
Attorney General of the United States;                            :
Markwayne MULLIN, Secretary of Homeland                           :
Security; and David VENTURELLA, Acting                            :
Director, U.S. Immigration and Customs                            X
Enforcement,

Respondents.

-------------------------------------------------------------------
**NINA R. MORRISON**, United States District Judge:

This case has been assigned to the undersigned for all purposes.

*First,* **counsel for Respondents shall promptly enter an appearance on the Electronic Case Filing System** to ensure timely receipt and compliance with all filings and court orders as the case proceeds.

*Second*, Respondents shall submit a letter by Friday, July 24, 2026 at 2:00PM outlining the legal authority that justified Petitioner's detention when he was taken into custody on July 8, 2026 and his continued detention at this time, and indicating whether they believe a hearing in this matter is necessary.  In the letter, Respondents should address:

1

(1) Petitioner's A-number, current place of detention, and a contact person who can facilitate counsel's access to Petitioner;

(2) the statutory provision(s) under which Respondents assert the authority to detain Petitioner;

(3) if the detention authority is asserted under 8 U.S.C. § 1226(a), whether there is any basis to distinguish the asserted grounds for detention in this case from this Court's decision in *H.A.C.F. v. Francis*, No. 26-CV-00872 (NRM), 2026 WL 482607 (E.D.N.Y. Feb. 20, 2026). Specifically, if authority is asserted under § 1226(a), the submission shall state whether Petitioner was provided, prior to detention, an individualized custody determination based on his risk of flight or potential dangerousness, and shall include all relevant records documenting such process. *See Inestroza Carbajal v. Frazier*, No. 26-CV-2778 (SJB), 2026 WL 1309265, at *2 (E.D.N.Y. May 12, 2026); *Rodriguez-Acurio v. Almodovar*, 811 F. Supp. 3d 274, 316–17 (E.D.N.Y. 2025); *Lopez Benitez v. Francis*, 795 F. Supp. 3d 475, 492–93 (S.D.N.Y. 2025); *Tumba v. Francis*, 813 F. Supp. 3d 394, 404 (S.D.N.Y. 2025). Respondents are reminded that, as this Court held in *H.A.C.F.*, any post-deprivation hearing or process may not cure the failure to provide the requisite individualized determination prior to detention. *See H.A.C.F.*, 2026 WL 482607, at *3; *see also Inestroza Carbajal*, 2026 WL 1309265, at *2; *Sidqui v. Almodovar,* No. 25-CV-9349 (VSB), 2026 WL 251929, at *17 (S.D.N.Y. Jan. 30, 2026); *Chipantiza-Sisalema v. Francis*, No. 25-CV-5528 (AT), 2025 WL 1927931, at *3 (S.D.N.Y. July 13, 2025); *O.F.B. v.*

2

*Maldonado*, 810 F. Supp. 3d 394, 405 (E.D.N.Y. 2025).  If there is no basis to distinguish this Petition from the Court's analysis in *H.A.C.F.* or these other cited authorities, the submission may similarly take the form of a letter so stating, and indicating whether Respondents have any other grounds to oppose issuance of the writ, subject to preservation of Respondents' arguments for appeal;

(4) a copy of any final order of removal for this Petitioner; and

(5) any other documentation or exhibits regarding the procedural posture of any pending Department of Homeland Security or Executive Office for Immigration Review proceedings concerning this Petitioner.

If Respondents take the position that the outcome of this Petition is materially distinguishable from the above cited decisions, Respondents are further ordered to show cause in writing no later than Monday, July 27, 2026 at 5:00PM as to why the Petition should not be granted.  In their submission, Respondents shall affirm that they have provided the Court with all facts material to Petitioner's claims and Respondents' opposition to the Petition, and shall attach as exhibits all records related to those facts.   The Court will then schedule further briefing and/or other proceedings, if necessary.

**SO ORDERED.**

Dated:  July 23, 2026  */s/ Nina R. Morrison*
        Brooklyn, New York  Nina R. Morrison
                                  United States District Judge

3